Richard Alva **ERWIN**, et ux., Plaintiffs,

v.

Al Carson **ERWIN**, et ux., Respondents.

No. WD 42445.

Missouri Court of Appeals,
Western District.

May 15, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

Application to Transfer Denied
Sept. 11, 1990.

---

John C. Slavin, Harry C. Farr, Kirksville, for plaintiffs.

Rick Jackson, Kirksville, for respondents.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from an adverse ruling on respondents' counterclaim seeking reformation of a deed executed in 1961 due to mutual mistake of fact.

Affirmed. Rule 84.16(b).